# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

### INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: **M 11-1010**

2) Defendant's Name: **Allen** (Last)   **Lori** (First)   (M.I.)

3) Age:_____

4) Title:_____ Section(s):_____

5) Citizen of:_____ Needs:_____ Interpreter

6) Arrest Warrant Issued:_____ Date and time of arrest:_____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding:__Yes __No   Other District:_____

8) Name of Interpreter used today:_____ Language:_____

9) Arraignment on complaint held:____✓____Yes ____No   Date/Time: **10/12/11**

10) Detention Hearing Held:____ Bail set at: **$25,000**   ROR Entered:____ POD Entered:____

11) Temporary Order of Detention Entered:____ Bail Hearing set for:_____

12) (a) Preliminary Hearing set for:_____; or waived: **✓**

    (b) Removal Hearing set for:_____; or waived:_____

    (c) Status Conference set for:_____

13) ASSISTANT U.S. ATTORNEY: **Nadia Shihata**

14) DEFENSE COUNSEL'S NAME: **Michelle Gelernt**
    Address:_____
    Bar Code:_____ CJA:_ FDNY: **✓** RET:___
    Telephone Number:(___)_____

15) LOG #:____ ( **4:48 — 4:53** )   MAG. JUDGE : **Gold**

16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings:_____

17) Complaint/Affidavit/Indictment unsealed:___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20___

_____
UNITED STATES MAGISTRATE JUDGE